M. A. DOMINEY v. INTERSTATE GRANITE COMPANY, EMPLOYER, BITUMINOUS CASUALTY CORPORATION AND/OR PACIFIC EMPLOYERS INSURANCE COMPANY, NON-INSURERS, CARRIERS.

(Filed 4 May, 1949.)

DEFENDANT, Pacific Employers Insurance Company's appeal from *Shuford, Special Judge,* October 4, 1948, Extra Term of MECKLENBURG Superior Court.

*Smathers, Smathers & Carpenter and James L. DeLaney for Pacific Employers Insurance Co., defendant, appellant.*

*Pierce & Blakeney for Bituminous Casualty Corporation, defendant, appellee.*

*David J. Craig, Jr., for plaintiff, appellee.*

WILLIAMS *v.* JOHNSON.

PER CURIAM. This case is controlled by what is said in *Bye v. Granite Company, ante,* 334, and the judgment of the Superior Court is affirmed on that authority.

Affirmed.